ANNIE A. GRAVES *vs.* NEW YORK AND NEW ENGLAND RAILROAD COMPANY.

Suffolk.     November 21, 1893. — January 6, 1894.

Present: FIELD, C. J., ALLEN, HOLMES, MORTON, & BARKER, JJ.

*Motion to change by Amendment the Ad Damnum of a Writ.*

A justice of the Superior Court has power, on the plaintiff's motion, to change the ad damnum of a writ from $10,000 to $15,000.

TORT, for personal injuries occasioned to the plaintiff while a passenger on the defendant's railroad by a head collision of trains.

At the trial in the Superior Court, before *Bishop*, J., it appeared that the *ad damnum* of the writ was $10,000; that the case was first reached for trial on the afternoon of March 6, 1893; that on the morning of that day, and in the lobby, apart from the jury, the plaintiff moved to increase the *ad damnum* to $20,000, the judge hearing testimony of two medical experts on each side as to the character and extent of the plaintiff's injuries; and that the defendant objected to the motion, and asked the judge to rule that he had no power to grant the same and raise the *ad damnum*.  The judge refused so to rule, and allowed the *ad damnum* to be increased to $15,000, and the defendant duly

excepted.   When the case was tried on March 8, 1893, the jury returned a verdict for the plaintiff for $12,500.

*F. A. Farnham*, for the defendant.

*J. D. Long*, for the plaintiff.

FIELD, C. J.   The defendant's counsel relies only on the first exception.   The Superior Court, on the plaintiff's motion, permitted the plaintiff by amendment to change the *ad damnum* of the writ from $10,000 to $15,000, and refused to rule that it had no power to permit the *ad damnum* to be increased, and to this the defendant excepted.   We have no doubt that the court had the power.   *Ellis* v. *Ridgway*, 1 Allen, 501.   *Hart* v. *Waitt*, 3 Allen, 532.                    *Exceptions overruled.*